IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

RODNEY LEE SCOTT :
:
v. : CIVIL ACTION NO. JFM-02-356
:
GREYHOUND LINES, INC. :

..oOo..

O R D E R

In accordance with the foregoing Memorandum, IT IS this 12th day of February, 2002, by this Court hereby ORDERED by the United States District Court for the District of Maryland:

1. That the plaintiff's motion for leave to proceed *in forma pauperis* (Paper No. 2) IS GRANTED;

2. That this cause of action IS DISMISSED;

3. That the Clerk of the Court CLOSE this case; and

4. That the Clerk of the Court MAIL a copy of this Order, together with the foregoing Memorandum, to the plaintiff *pro se*.

J. Frederick Motz
United States District Judge